**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:             May 13, 2020
Deputy Clerk:     Leigh Roberson
Court Reporter:   Julie Thomas

| | |
|---|---|
| Criminal Action No. 19-cr-529-REB | Counsel: |
| UNITED STATES OF AMERICA, | Rajiv Mohan |
|      Plaintiff, | |
| v. | |
| 1. CHAD VOGT and | Thomas Goodreid |
| 2. ANDREA WATENPAUGH, | Joseph Saint-Veltri |
|      Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**11:51 a.m.   Court in session.**

Appearances of counsel. The Court, its staff, and counsel appear by telephone. Defendants' appearances have been waived.

Counsel respond to the Court's inquiries as to the status of the case.

**IT IS ORDERED:**

1. That the respective reports of the parties are received and approved;
2. That speedy trial remains tolled through and including June 12, 2020;
3. That, unless notices of disposition are sooner filed, the government shall, by appropriate motion, seek additional relief from the Court, which may include but is not limited to a request for additional status conference to be conducted by June 12, 2020; and
4. That the defendants are continued on bond.

**12:00 p.m.   Court in recess.**   Hearing concluded.
Total time in court: 0:09