IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00529-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. CHAD VOGT,

   Defendant.

## NOTICE OF DISPOSITION

Defendant Cesar Eduardo Rubio-Payan, through counsel, hereby advises the Court that he has reached a disposition with the Government and that he will be prepared to proceed with a change of plea hearing on a date to be set by the Court on its calendar.

Dated this 11th day of June 2020.

                                    Respectfully submitted,


                                    s/Thomas E. Goodreid
                                    Thomas E. Goodreid
                                    Attorney at Law
                                    1801 Broadway, Suite 1400
                                    Denver, CO   80202
                                    (303) 296-2048x.136
                                    t.goodreid@comcast.net
                                    Attorney for Defendant Chad Vogt

**CERTIFICATE OF SERVICE**

     I certify that on this 11th day of March 2020, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            s/Thomas E. Goodreid
                                            Thomas E. Goodreid
                                            Attorney at Law
                                            1801 Broadway, Suite 1400
                                            Denver, CO   80202
                                            (303) 296-2048x.136
                                            *t.goodreid@comcast.net*
                                            Attorney for Defendant Chad Vogt