# United States District Court
# for the District of Colorado

U.S.A. vs. CHAD VOGT     Dkt. No.  1:19CR00529-REB-1

## Petition for Warrant on Defendant on Pretrial Release

Comes now, Heather Becker, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Chad Vogt, who was placed under pretrial release supervision by the Honorable S. Kato Crews, sitting in the Court at Denver, Colorado, on January 16, 2020. As noted in the Order Setting Conditions of Release (Document 12), the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

**1. Failure to Report/Submit to Supervision as Directed**

On July 23, 2020, in response to noncompliance, the defendant was placed on weekly check in calls with the probation officer. The defendant failed to call as required on August 3, September 7, September 14, December 21, December 28, 2020, and January 4, 2021.

**2. Use or Possession of a Controlled Substance**

On July 21, 2020, the defendant submitted a random urinalysis test (UA) that returned presumptive positive for opiates. The test was sent for confirmation to Alere Toxicology, Inc. and returned a confirmed positive for codeine and morphine, which can be indicative of heroin use. The defendant subsequently admitted he used heroin "a couple days prior" to the submission of the UA.

On August 15, September 12, and September 27, 2020, the defendant submitted a random UA that returned presumptive positive for opiates. The defendant subsequently admitted using heroin, citing "slip ups" caused by the stress of a potential prison sentence that is weighing on him. Given that the defendant was already enrolled in weekly outpatient individual therapy sessions, a plan was developed to utilize officer interventions to include frequent meetings with the defendant to assess progress.

On November 10, 2020, the defendant submitted a random UA that returned presumptive positive for opiates. On November 16, 2020, this UA was addressed with the defendant and he admitted to heroin use prior to submitting the UA.  He also admitted heroin use the day prior, November 15, 2020.

On December 15, 2020, the defendant submitted a random UA that returned presumptive positive for amphetamines, cannabinoids, and opiates. In a conversation with the defendant prior to taking this test, he admitted that it would be positive for heroin, however, did not mention the other substances found positive in the UA.

Case No. 1:19-cr-00529-REB   Document 97   filed 01/08/21   USDC Colorado   pg 2 of 3

Chad Vogt  
1:19CR00529-REB-1

Petition for Warrant on Defendant on Pretrial Release  
Page - 2

1/8/2021

### 3. Failure to Participate in (Drug/Alcohol) Testing as Directed by the Probation Officer

On January 29, May 23, and June 25, 2020, the defendant missed his random UA tests at Independence House, a federally contracted testing and treatment facility. Two of the three missed tests were the direct result of the defendant failing to call the random UA testing line. The defendant was addressed on his lack of calling and compliance with UAs, and he indicated his work schedule and stress played a part in his lack of calling.

On July 25, 2020, the defendant submitted a dilute UA.

On August 4, October 18, November 2, and November 8, 2020, the defendant missed his random UAs. The defendant was addressed on each of these missed tests. The majority of these missed tests were the direct result of failing to call the random UA testing line.

On November 17, 2020, the defendant missed his random UA test. On this same date, the defendant also failed to call the random UA testing line. On November 20, 2020, the defendant was contacted regarding his continued noncompliance with calling the random UA testing line and lack of testing. The defendant admitted that he purposefully failed to call the UA line, as he wanted to produce a clean UA, and did not want to call until he believed he could do that.

On December 1, December 2, and December 14, 2020, the defendant failed to report for his random UAs. On December 15, 2020, the defendant and I discussed his continued noncompliance on a conference call with Supervisory Probation Officer Laura Ansart. During this call, his noncompliance and consequences to that were discussed at length. The defendant admitted that he had not been prioritizing supervision to the best of his abilities and indicated that he thought he was going to prison anyway, so he did not believe it mattered. At the conclusion of the call, the defendant assured us that he knew what he had to do to comply moving forward, and that he knew the potential consequences of failing to comply.

On December 26, 2020, and January 2, 2021, the defendant failed to report for his random UAs. The defendant's missed tests were the direct result of failing to call the random UA line. The defendant has not contacted the random UA line since December 28, 2020. As of January 6, 2021, the defendant has called the random UA testing line 183 out of a required 307 times.

### 4. Failure to Participate in (Drug/Mental Health) Treatment as Directed by the Probation Officer

On April 14, May 4, October 6, November 25, and December 9, 2020, the defendant missed his scheduled individual substance abuse therapy sessions Independence House, a federally contracted testing and treatment facility. On December 15, 2020, the defendant and I discussed his continued noncompliance on a conference call with Supervisory Probation Officer Laura Ansart. It was stressed to the defendant during this call that treatment was an important resource to help him process any potential sentence and acquire skills that he may use in an effort to avoid using heroin as a coping mechanism. At the conclusion of the call, the defendant assured us that he knew he could benefit from continued treatment, and that he knew the potential consequences should he continue to fail to report for treatment.

On December 30, 2020, and January 6, 2021, the defendant missed a scheduled individual substance abuse therapy session. The defendant was previously addressed on numerous occasions regarding missing treatment and the potential consequences, especially in conjunction with his other reported noncompliance.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violation(s) of pretrial release, and subsequent to the arrest of the defendant, that the Court consider revocation of bond.

## ORDER OF THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

s/*Heather Becker*  
United States Probation Officer  
Date:    January 8, 2021

Considered and ordered filed under seal and made a part of the record in the above case.

*s/Laura Ansart*  
Laura Ansart  
Supervising Probation Officer  
Date:    January 8, 2021

S. Kato Crews  
Magistrate Judge  
Date:    January 8, 2021