**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00529-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHAD VOGT,

    Defendant.

---

### UNITED STATES' MOTION FOR A ONE-LEVEL DECREASE IN OFFENSE LEVEL

---

The United States of America moves for a one-level decrease in the offense level for acceptance of responsibility under U.S.S.G. § 3E1.1(b). The defendant's agreement to plead guilty and provide timely notice thereof permitted the government to avoid preparing for trial and allowed the government and the Court to allocate their resources more efficiently.

Dated:  January 14, 2021

                                                      Respectfully submitted,

                                                      JASON R. DUNN
                                                    United States Attorney

                                                    By:  s/ *Rajiv Mohan*
                                                    Rajiv Mohan
                                                    Assistant U.S. Attorney
                                                    U.S. Attorney's Office
                                                    1801 California Street, Suite 1600
                                                    Denver, CO 80202
                                                    Telephone: 303-454-0100
                                                    Fax:  303-454-0406
                                                    E-mail:  Rajiv.Mohan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Thomas Goodreid           t.goodreid@comcast.net

                                              By:  s/ *Rajiv Mohan*
                                              Rajiv Mohan
                                              Assistant U.S. Attorney
                                              U.S. Attorney's Office
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202
                                              Telephone: 303-454-0100
                                              Fax:  303-454-0406
                                              E-mail:  Rajiv.Mohan@usdoj.gov