IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00529-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHAD VOGT,

    Defendant.

## UNITED STATES' RESPONSE TO VARIANCE MOTION

    The United States of America submits this brief response to defendant Chad Vogt's variance motion, in which he requests a sentence of 29 months' imprisonment. The government disagrees and instead requests a sentence of 42 months.

    The basic line of argument Vogt presents is that probation recommended that a variance was appropriate in part because this would be Vogt's first felony conviction. Vogt believes based on his PSR objections that the guidelines range is lower than what probation calculates. Thus, Vogt seeks to apply probation's initial justification equally to that lower range which he believes applies.

    The problem with this argument is probation's justification for that variance does not necessarily carry the same weight if the guidelines range is lower. If the Court sustains Vogt's PSR objections, he would technically no longer receive two criminal history points for committing the current offense while under a criminal justice sentence.

1

Still, it would remain the case that Vogt was sentenced in the Adams County case and continued to engage in unlawful activity thereafter. That is an aggravating factor which would now go unaccounted for in the lower guideline range and would therefore cut against a further variance. Another factor that would cut against a variance is that Vogt violated the terms of his pretrial release and absconded from supervision.

Overall, Vogt repeatedly engaged in the distribution of significant amounts of methamphetamine and heroin. He is receiving a number of sentencing breaks in this case that significantly reduce his sentencing exposure. A sentence of 42 months' imprisonment accounts for his limited criminal history, while still reflecting the seriousness of his crimes.

Dated: August 5, 2021

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Rajiv.Mohan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

Thomas Goodreid t.goodreid@comcast.net

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Rajiv.Mohan@usdoj.gov